RECEIVED
2009 JAN 23 AM 10: 58
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RICHARD ELDRIDGE

Plaintiff(s),

v.

ELECTRONIC ARTS, INC.

Defendant(s).

CASE NO. C-08-04733-RMW

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Scott A. Kamber, an active member in good standing of the bar of Southern District of New York (particular court to which applicant is admitted) whose business address and telephone number is KamberEdelson, LLC, 11 Broadway, 22nd Floor, New York, NY 10004, (212) 920-3072, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States Judge
Hon. Ronald M. Whyte