1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Claude M. Stern (Bar No. 96737
2    claudestern@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065
   Telephone:     (650) 801-5000
4  Facsimile:      (650) 801-5100

5   Shon Morgan (Bar No. 187736)
     shonmorgan@quinnemanuel.com
6    Vincent M. Pollmeier (Bar No. 210684)
     vincentpollmeier@quinnemanuel.com
7  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
8

9  Attorneys for Defendant
   ELECTRONIC ARTS, INC.
10

***E-FILED - 2/5/09***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD ELDRIDGE, an individual, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS, INC., a delaware corporation, and DOES 1-75<br><br>Defendant. | CASE NO. C 08 4733 RMW<br><br>RELATED CASES:<br>CASE NO. C 08 4917 RMW<br>CASE NO. C 08 5373 RMW<br><br>**STIPULATION RE CASE MANAGEMENT CONFERENCE AND RELATION OF CASES AND ORDER** |

51472/2780507.1

Case No. C 08 4733 RMW
STIPULATION

1    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

2    WHEREAS, a Case Management Conference in this matter is currently set for February 6, 2009;

4    WHEREAS, following the issuance of that order, this matter was deemed related to similar purported class action cases filed by the undersigned counsel for Dianna Cortez and Alex McQuown;

7    WHEREAS, plaintiffs' counsel in the related matters are cooperating in good faith and presently contemplate filing a consolidated complaint;

9    WHEREAS, counsel for all parties believe that in the interest of efficiency and orderly management of these matters, any Case Management Conference should follow the filing of such a consolidated complaint;

12   IT IS HEREBY STIPULATED AND AGREED THAT:

13   1.  The Case Management Conference in *Eldridge* currently set for February 6, 2009 is taken off calendar.

15   2.  Plaintiff's counsel in the matters deemed related will cooperate in good faith to file a consolidated complaint within 30 days of entry of this [proposed] order.

17   3.  A joint Case Management Conference in all the related matters will be re-set for a date on or following March 6, 2009.

19   4.  Defendant's response to any complaint in the related matters will be due 30 days following the service of a consolidated complaint.

22   DATED: January 30, 2009         Respectfully submitted,

                                     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                     By_____
                                        Shon Morgan
                                        Attorneys for Defendant
                                        ELECTRONIC ARTS, INC.

51472/2780507.1

-2-                                                       Case No. C 08 4733 RMW
                                                          STIPULATION

| | | |
|---|---|---|
| 1 | DATED:  January 30, 2009 | KAMBEREDELSON, LLC |
| 2 | | |
| 3 | | By_____ |
| 4 | | Alan Himmelfarb |
| | | Attorneys for Plaintiff, Richard Eldridge, |
| 5 | | *Eldridge v. Electronic Arts Inc*, C 08 4733 RMW |
| 6 | DATED:  January 30, 2009 | GIRARD GIBBS LLP |
| 7 | | |
| 8 | | By_____ |
| | | Eric H. Gibbs |
| 9 | | Attorneys for Plaintiff, Dianna Cortez |
| | | *Cortez v. Electronic Arts Inc.*, C 08 4917 RMW |
| 10 | DATED:  January 30, 2009 | FINKELSTEIN THOMPSON LLP |
| 11 | | |
| 12 | | By_____ |
| | | Rosemary Rivas |
| 13 | | Attorneys for Plaintiff, Alex McQuown |
| 14 | | *McQuown v. Electronic Arts Inc.,* C 08 5373 RMW |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: February 5, 2009

*Ronald M. Whyte*
_____
Hon. Ronald Whyte

1   I, Vincent M. Pollmeier, am the ECF user whose identification and password are being
2 used to file this stipulation.  In compliance with General Order 45.X.B, I hereby attest that the
3 other signatory has concurred in this filing.

DATED:  January 30, 2009

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Vincent M. Pollmeier
   Vincent M. Pollmeier
   Attorneys for Defendant
   ELECTRONIC ARTS, INC.