QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Vincent M. Pollmeier (Bar No. 210684)
  vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

*E-FILED - 4/9/09*

Attorneys for Defendant
ELECTRONIC ARTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD ELDRIDGE, an individual, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS, INC., a Delaware corporation, and DOES 1-75<br><br>Defendant. | CASE NO. C 08 4733 RMW<br><br>RELATED CASES:<br>CASE NO. C 08 4917 RMW<br>CASE NO. C 08 5373 RMW<br><br>**STIPULATION RE CASE MANAGEMENT CONFERENCE AND FILING OF A RESPONSIVE PLEADING AND ORDER** |

1   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

2   WHEREAS, a Case Management Conference is currently set for April 10, 2009;

3   WHEREAS, following the issuance of that order, defendant's counsel and counsel from KamberEdelson, LLC and Girard Gibbs, LLP (on behalf of all plaintiffs) participated in a full-day settlement conference with Magistrate Judge Seeborg on March 20, 2009, at which the parties believe they made substantial progress toward a global resolution of the related actions;

7   WHEREAS, counsel have continued productive settlement discussions and are in the process of scheduling a follow-up conference with Magistrate Judge Seeborg, which will likely take place the first week of May, 2009 in an attempt to reach final agreement;

10  WHEREAS, counsel for all parties believe that in the interest of efficiency and orderly management of these matters, any Case Management Conference and the filing of a responsive pleading should follow this further settlement attempt;

13  IT IS HEREBY STIPULATED AND AGREED THAT:

14  1.  The Case Management Conference currently set for April 10, 2009 is taken off calendar and will be reset for a date following between May 1-15, 2009.

16  2.  Defendant's response the consolidated complaint will be due 30 days following the further settlement conference.

DATED:  April 8, 2009            Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By  /s/  Shon Morgan
    Shon Morgan
    Attorneys for Defendant
    ELECTRONIC ARTS, INC.

DATED: April 8, 2009                KAMBEREDELSON, LLC

By /s/ Alan Himmelfarb
Alan Himmelfarb
Attorneys for Plaintiff, Richard Eldridge,
*Eldridge v. Electronic Arts Inc*, C 08 4733 RMW

DATED: April 8, 2009                GIRARD GIBBS LLP

By /s/ Eric H. Gibbs
Eric H. Gibbs
Attorneys for Plaintiff, Dianna Cortez
*Cortez v. Electronic Arts Inc.*, C 08 4917 RMW

DATED: April 8, 2009                FINKELSTEIN THOMPSON LLP

By /s/ Rosemary Rivas
Rosemary Rivas
Attorneys for Plaintiff, Alex McQuown
*McQuown v. Electronic Arts Inc.,* C 08 5373 RMW

PURSUANT TO STIPULATION, IT IS SO ORDERED:

A Case Management Conference has been set for 5/15/09 at 10:30 a.m.

Dated: 4/9/09

*Ronald M. Whyte*
Hon. Ronald Whyte

I, Vincent M. Pollmeier, am the ECF user whose identification and password are being used to file this stipulation.  In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

DATED:  April 8, 2009              Respectfully submitted,

                                        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                        By  /s/ Vincent M. Pollmeier
                                           Vincent M. Pollmeier
                                           Attorneys for Defendant
                                           ELECTRONIC ARTS, INC.