1  Eric H. Gibbs (State Bar No. 178658)
2  Dylan Hughes (State Bar No. 209113)
   Geoffrey A. Munroe (State Bar No. 228590)
3  **GIRARD GIBBS LLP**
   601 California Street, 14th Floor
4  San Francisco, California 94104
   Telephone: (415) 981-4800
5  Facsimile: (415) 981-4846

6
   *Attorneys for Plaintiff Dianna Cortez*                *E-FILED - 6/23/09*
7

8                       **UNITED STATES DISTRICT COURT**
                       **NORTHERN DISTRICT OF CALIFORNIA**
9                              **SAN JOSE DIVISION**

10

11 | RICHARD ELDRIDGE, an individual, on behalf of | Case No. 08-CV-04733-RMW
12 | themselves and all others similarly situated,  |
   |                                                | RELATED CASES:
13 |              Plaintiffs,                       | Case No. 08-CV-4917 RMW
   |        vs.                                     | Case No. 08-CV-5373 RMW
14 |                                                |
15 | ELECTRONIC ARTS, INC., a Delaware corporation, | **STIPULATION RE CASE**
   | and DOES 1-75,                                 | **MANAGEMENT AND PRELIMINARY**
16 |                                                | **SETTLEMENT APPROVAL HEARING**
17 |              Defendant.                        |

18

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

WHEREAS, a Case Management Conference is currently set for June 26, 2009;

WHEREAS, as a result of settlement conferences with defendant's counsel, counsel from KamberEdelson, LLC and Girard Gibbs LLP (on behalf of all plaintiffs) and Magistrate Judge Seeborg on March 20, 2009, and June 5, 2009, the parties reached a global resolution of the related actions (<u>see</u> Attachment "A");

WHEREAS, counsel are in the process of preparing a formal settlement agreement and the necessary papers to present the proposed settlement to the Court;

WHEREAS, counsel for all parties believe that in the interest of efficiency and orderly management of these matters, the Case Management Conference scheduled for June 26, 2009, should be continued and rescheduled to coincide with a Motion for Preliminary Settlement approval, and the responsive pleading deadline should be vacated.

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Case Management Conference currently set for June 26, 2009 is taken off calendar and will be reset to July 31, 2009 at 10:30 a.m., if necessary.
2. The hearing on the parties' Motion for Preliminary Settlement Approval is scheduled for July 31, 2009 at 9:00 a.m.
3. The responsive pleading deadline is vacated.

DATED: June 19, 2009                         Respectfully submitted,

**GIRARD GIBBS LLP**


By:   /s/ Eric H. Gibbs

Dylan Hughes
Geoffrey A. Munroe
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

*Attorneys for Individual and Representative Plaintiff Dianna Cortez*

1
STIPULATION RE CASE MANAGEMENT AND PRELIMINARY SETTLEMENT APPROVAL HEARING
CASE NO. 08-CV-4733 RMW

1  DATED: June 19, 2009                    Respectfully submitted,

2                                          **KAMBER EDELSON LLC**

3

4                                          By:    /s/ Scott A. Kamber

5                                          Alan Himmelfarb
                                           11 Broadway, 22nd Floor
6                                          New York, NY 10004
                                           Telephone: (212) 920-3072
7                                          Facsimile: (212) 202-6364

8
                                           *Attorneys for Individual and Representative*
9                                          *Plaintiff Richard Eldridge*

10

11 DATED: June 19, 2009                    Respectfully submitted,

12                                         F**INKELSTEIN THOMPSON LLP**

13

14                                         By:    /s/ Rosemary M. Rivas

15                                         100 Bush Street, Suite #1450
                                           San Francisco, CA 94104
16                                         Telephone: (415) 398-8700
                                           Facsimile: (415) 398-8704
17

18                                         *Attorneys for Individual and Representative*
                                           *Plaintiff Alex McQuown*
19

20
   DATED: June 19, 2009                    Respectfully submitted,
21
                                           **QUINN EMANUEL URQUHART OLIVER &**
22                                         **HEDGES, LLP**

23

24                                         By:    /s/ Shon Morgan

25                                         Vincent M. Pollmeier
                                           865 South Figueroa Street, 10th Floor
26                                         Los Angeles, CA 90017
                                           Telephone: (213) 443-3000
27                                         Facsimile: (213) 443-3100

28

Claude M. Stern
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Electronic Arts, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: 6/23/09

*/s/ Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE