Eric H. Gibbs (State Bar No. 178658)
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*E-FILED - 7/30/09*

*Attorneys for Plaintiff Dianna Cortez*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| RICHARD ELDRIDGE, an individual, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br>    vs.<br><br>ELECTRONIC ARTS, INC., a Delaware corporation, and DOES 1-75,<br><br>         Defendant. | Case No. 08-CV-04733-RMW<br><br>RELATED CASES:<br>Case No. 08-CV-4917 RMW<br>Case No. 08-CV-5373 RMW<br><br>**FURTHER STIPULATION RE CASE MANAGEMENT AND PRELIMINARY SETTLEMENT APPROVAL HEARING AND ORDER** |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

2  WHEREAS, a Case Management Conference and Preliminary Approval hearing are currently set
3  for July 31, 2009;

4  WHEREAS, as counsel previously reported to the Court, the parties have reached a global
5  resolution of the related actions;

6  WHEREAS, counsel's efforts to finalize a formal settlement agreement and the accompanying
7  papers are continuing;

8  WHEREAS, counsel for all parties believe that in the interest of efficiency and orderly
9  management of these matters, the Case Management Conference and Preliminary Settlement Approval
10 hearing scheduled for July 31, 2009 should be continued;

11  WHEREAS, the parties do not anticipate requesting another continuance.

12  IT IS HEREBY STIPULATED AND AGREED THAT:

13  1.  The Case Management Conference will be reset to September 4, 2009 at 10:30 a.m.

14  **2.**  The hearing on the parties' Motion for Preliminary Settlement Approval is scheduled for
15      September 4, 2009 at 9:00 a.m.

16

17  DATED:  July 22, 2009           **GIRARD GIBBS LLP**

18
                                    By:     Eric H. Gibbs
19
                                    Dylan Hughes
20                                  Geoffrey A. Munroe
21                                  601 California Street, 14th Floor
                                    San Francisco, California  94108
22                                  Telephone: (415) 981-4800
                                    Facsimile: (415) 981-4846
23

24                                  *Attorneys for Plaintiff Dianna Cortez*

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED:  July 22, 2009 | Respectfully submitted, |
| 2 | | **KAMBER EDELSON LLC** |
| 4 | | By:   /s/ Alan Himmelfarb |
| 5 | | Scott A. Kamber |
| 6 | | 11 Broadway, 22nd Floor |
| | | New York, NY 10004 |
| 7 | | Telephone: (212) 920-3072 |
| | | Facsimile: (212) 202-6364 |
| 9 | | *Attorneys for Individual and Representative PlaintiffRichard Eldridge* |

| | | |
|---|---|---|
| 12 | DATED:  July 22, 2009 | Respectfully submitted, |
| 13 | | F**INKELSTEIN THOMPSON LLP** |
| 15 | | By:   /s/ Rosemary M. Rivas |
| 16 | | 100 Bush Street, Suite #1450 |
| 17 | | San Francisco, CA 94104 |
| 18 | | Telephone: (415) 398-8700 |
| | | Facsimile: (415) 398-8704 |
| 20 | | *Attorneys for Individual and Representative Plaintiff Alex McQuown* |

2
FURTHER STIPULATION RE CASE MANAGEMENT AND PRELIMINARY SETTLEMENT APPROVAL HEARING
CASE NO. 08-CV-04733 RMW

1  DATED: July 22, 2009          Respectfully submitted,

2
3                                **QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**
4
5                                By:    /s/ Shon Morgon

6                                Vincent Pollmeier
7                                865 South Figueroa Street, 10th Floor
                                 Los Angeles, CA 90017
8                                Telephone: (213) 443-3000
                                 Facsimile: (213) 443-3100
9
10                               Claude M. Stern
                                 **QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**
11                               555 Twin Dolphin Drive, Suite 560
12                               Redwood Shores, CA 94065
                                 Telephone: (650) 801-5000
13                               Facsimile: (650) 801-5100

14                               *Attorneys for Defendant Electronic Arts, Inc.*
15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED:
17

18
19  DATE: 7/30/09                 *Ronald M. Whyte*
20                                THE HONORABLE RONALD M. WHYTE