1  Eric H. Gibbs (State Bar No. 178658)
   ehg@girardgibbs.com
2  Dylan Hughes (State Bar No. 209113)
   Geoffrey A. Munroe (State Bar No. 228590)
3  GIRARD GIBBS LLP
   601 California Street, 14th Floor
4  San Francisco, California 94108
   Telephone: (415) 981-4800
5  Facsimile: (415) 981-4846

6  Scott A. Kamber
   skamber@kamberedelson.com
7  KAMBEREDELSON, LLC
   11 Broadway, 22nd Floor
8  New York, NY 10004
   Telephone: (212) 920-3072
9  Facsimile: (212) 202-6364

10 *Attorneys for Plaintiffs*

*E-FILED - 9/3/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RICHARD ELDRIDGE, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>ELECTRONIC ARTS, INC., a Delaware corporation, and DOES 1-75,<br><br>　　　　Defendant. | Case No. 08-CV-04733-RMW<br><br>RELATED CASES:<br>Case No. 08-CV-4917 RMW<br>Case No. 08-CV-5373 RMW<br><br>**STIPULATION TO CONTINUANCE OF PRELIMINARY SETTLEMENT APPROVAL HEARING** AND ORDER |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

2  WHEREAS, a Case Management Conference and Preliminary Approval hearing are currently set
3  for September 4, 2009;

4  WHEREAS, unanticipated issues arose regarding the terms of the parties' settlement that have
5  prevented the parties from finalizing a formal settlement agreement;

6  WHEREAS, the parties believe they have addressed those issues, will soon have an executed
7  settlement agreement, and can present preliminary approval papers along with the signed settlement
8  agreement to the Court by September 11, 2009;

9  IT IS HEREBY STIPULATED AND AGREED THAT:

10  1.  The parties will file papers in support of their Motion for Preliminary Settlement Approval
11      on or before September 11, 2009.
12  2.  The hearing on parties' Motion for Preliminary Settlement Approval is continued until
13      September 25, 2009, at 9:00 a.m, subject to the Court's approval below.
14  3.  The Case Management Conference scheduled for September 4, 2009, at 10:30 a.m. is
15      vacated, subject to the Court's approval below.

16

17  DATED: September 2, 2009            **GIRARD GIBBS LLP**

18
19                                      By:    Eric H. Gibbs

20                                      Dylan Hughes
21                                      Geoffrey A. Munroe
                                        601 California Street, 14th Floor
22                                      San Francisco, California  94108
                                        Telephone: (415) 981-4800
23                                      Facsimile: (415) 981-4846

24
25
26
27
28

|     |                              |                                                  |
| --- | ---------------------------- | ------------------------------------------------ |
| 1   |                              | **KAMBER EDELSON LLC**                           |
| 2   |                              |                                                  |
| 3   |                              | By:    /s/ Scott A. Kamber                       |
| 4   |                              | Alan Himmelfarb                                  |
| 5   |                              | 11 Broadway, 22nd Floor                          |
|     |                              | New York, NY 10004                               |
| 6   |                              | Telephone: (212) 920-3072                        |
| 7   |                              | Facsimile: (212) 202-6364                        |
| 8   |                              | *Attorneys for Plaintiffs*                       |
| 9   | DATED:  September 2, 2009    | Respectfully submitted,                          |
| 10  |                              |                                                  |

(Layout continues below)

DATED:  September 2, 2009          Respectfully submitted,

**QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**

By:    /s/ Shon Morgan

Vincent Pollmeier
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Claude M. Stern
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Electronic Arts, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE:  9/3/09                              /s/ Ronald M. Whyte
                                           THE HONORABLE RONALD M. WHYTE

2
STIPULATION TO CONTINUANCE OF PRELIMINARY SETTLEMENT APPROVAL HEARING
LEAD CASE NO. 08-CV-04733 RMW