Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Scott A. Kamber
skamber@kamberedelson.com
KAMBEREDELSON, LLC
11 Broadway, 22nd Floor
New York, NY 10004
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

*Attorneys for Plaintiffs*

*E-FILED - 9/24/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RICHARD ELDRIDGE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTRONIC ARTS, INC., a Delaware corporation, and DOES 1-75,<br><br>Defendant. | Case No. 08-CV-04733-RMW<br><br>RELATED CASES:<br>Case No. 08-CV-4917 RMW<br>Case No. 08-CV-5373 RMW<br><br>**STIPULATION AND []<br>ORDER MOVING PRELIMINARY<br>APPROVAL HEARING DATE** |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

2  WHEREAS, a preliminary approval hearing is scheduled for September 25, 2009;

3  WHEREAS, as of September 21, 2009, the parties have signed a formal settlement agreement
4  and are now finalizing papers in support of preliminary settlement approval;

5  WHEREAS, the parties request that the Court move the September 25, 2009 preliminary
6  approval hearing date to November 6, 2009.

7  IT IS HEREBY STIPULATED AND AGREED THAT:

8  1. The parties will file papers in support of their Motion for Preliminary Settlement
9     Approval on or before October 16, 2009.

10  2. The preliminary approval hearing scheduled for September 25, 2009, at 9:00 a.m., is
11     moved to November 6, 2009, at 9:00 a.m.

13  DATED:  September 22, 2009          Respectfully submitted,

**GIRARD GIBBS LLP**

By: ___/s/ Eric H. Gibbs_____

Dylan Hughes
Geoffrey A. Munroe
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846


**KAMBER EDELSON LLC**

Scott A. Kamber
Alan Himmelfarb
11 Broadway, 22nd Floor
New York, NY 10004
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

*Attorneys for Plaintiffs*

1 | DATED:  September 22, 2009

Respectfully submitted,

**QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**

By:  /s/ Shon Morgan

Vincent Pollmeier
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Claude M. Stern
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Electronic Arts, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE: 9/24/09

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE

---

2
STIPULATION AND ORDER MOVING PRELIMINARY APPROVAL HEARING DATE
LEAD CASE NO. 08-CV-04733 RMW